**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Francisco Javier Marino-Muoz** | : | Case No.: 14-42644 |
| | : | Chapter 13 |
| Debtor. | : | Judge Jack B. Schmetterer |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

# NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

Charles L. Magerski
Attorney for Francisco Javier Marino-Muoz
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
cmagerski@sulaimanlaw.com

**Notified via US Postal Service**

Francisco Javier Marino-Muoz
Marina Marino
1871 Mayfair Avenue
Westchester, IL 60154

Francisco Javier Marino-Muoz
Marina Marino
2837 S Trumbull Ave
Chicago, IL 60623-4653

15-009223_ZTM

US Bank Home Mortgage
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN  55402

Please take notice that on April 13, 2016, at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jack B. Schmetterer, 219 South Dearborn, 682, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1555 Lake Shore Drive, Columbus, OH  43204, on 6th day of April, 2016, unless a copy was provided electronically by the Clerk of the Court.

Date  April 6, 2016                               /s/ Todd J. Ruchman
                                                  Signature

15-009223_ZTM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Charles L. Magerski, Attorney for Francisco Javier Marino-Muoz, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April __6__, 2016:

Francisco Javier Marino-Muoz and Marina Marino, 1871 Mayfair Avenue, Westchester, IL 60154

Francisco Javier Marino-Muoz and Marina Marino, 2837 S Trumbull Ave, Chicago, IL 60623-4653

US Bank Home Mortgage, US Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402

/s/ Todd J. Ruchman

15-009223_ZTM

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| Francisco Javier Marino-Muoz | : Case No.: 14-42644 |
| | : Chapter 13 |
| Debtor. | : Judge Jack B. Schmetterer |
| | : * * * * * * * * * * * * * * * * * * * * |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY (FIRST MORTGAGE)

Federal National Mortgage Association ("FNMA") ("Creditor"), hereby moves the Court, pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 2837 S Trumbull Ave, Chicago, IL 60623-4653 ("Property") and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Marina Marino.  In support of the Motion, the Creditor states the following:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2.  Francisco Javier Marino-Muoz ("Debtor") filed a Chapter 13 case on November 25, 2014, ("Petition Date").

3.  As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

15-009223_ZTM

4. The above described Mortgage was given to secure a promissory note, ("Note"), dated June 27, 2007 and made payable to the Creditor in the original sum of $140,000.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Cook County Recordings Office on July 10, 2007. Evidence of perfection is attached as Exhibit "A".

6. The subject Note and Mortgage are co-signed by Marina Marino and that to the extent that the Co-Debtor stay of 11 U.S.C. § 1301 applies to real estate loans, it applies to Marina Marino and grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(1) as the Co-Debtor received an ownership interest in the Property and under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified therein.

7. As of March 29, 2016, the outstanding principal of the Note was $135,246.48 and the outstanding interest was $53,739.20.

8. The Debtor is in default post-petition. No post-petition payments have been made, therefore, a payment history is not attached.

9. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

10. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor and Co-Debtor have no equity in the Property and the Property is not needed by the Debtor for its reorganization. Creditor believes that the Property has a value of $132,268.00 based on the Debtor's Schedule A, which is attached hereto as Exhibit "C". The estimated principal balance is $135,246.48 with additional interest estimated at $53,739.20, totaling a secured claim of approximately $188,985.68. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the

15-009223_ZTM

      lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b.   The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor and Co-Debtor have failed to make periodic payments to Creditor since December 1, 2014, which unpaid payments are in the aggregate amount of $21,016.00 through March 2016.

   c.   As of March 29, 2016, Debtor was to have made 16 post petition payments. No payments have been made by Debtor since the filing of the petition. Debtor is delinquent 16 post petition payments and Debtor intends to surrender the Property located at 2837 S Trumbull Ave, Chicago, IL 60623-4653 according to the Chapter 13 Plan filed.

11.   The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and Co-Debtor Stay.

                                                Respectfully submitted,

                                                /s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

15-009223_ZTM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Charles L. Magerski, Attorney for Francisco Javier Marino-Muoz, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April  6 , 2016:

Francisco Javier Marino-Muoz and Marina Marino, 1871 Mayfair Avenue, Westchester, IL 60154

Francisco Javier Marino-Muoz and Marina Marino, 2837 S Trumbull Ave, Chicago, IL 60623-4653

US Bank Home Mortgage, US Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402

/s/ Todd J. Ruchman

15-009223_ZTM